# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0007
L.T. Case No. 1999-CF-002550-A

_____

DARRIN GALLOWAY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Darrin Galloway, Blountstown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

March 4, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____